UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Walfred E Osorio ) | |
| ) | No. 13-14684 |
| Debtor. ) | Chapter 7 |
| _____) | |

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF HOME FURNISHING CENTER, LC ON REAL PROPERTY

Upon consideration of the Debtor's Motion to Avoid the Judicial Lien of Home Furnishing Center, LC on his real property, and after notice and hearing, there having been no timely response thereto, and it appearing that debtor claimed as exempt his real property at 7906 Schuyler Ct Annandale, VA 22003, which is subject to a judicial lien in favor of Home Furnishing Center, LC, as a result of the judgment against Debtor entered in the Fairfax County General District Court, Virginia, Case No. GV13006271-00, in the amount of "$40,271.46 WITH INTEREST AT 12% FROM 04/12/2013, COSTS $70.00, ATTY'S FEES $5,250.00".  The said judgment was docketed in the Circuit Court for Fairfax County, Virginia on June 10, 2013 (Judgment #534913), creating a judicial lien on the Debtor's Property; and that because the total of the Debtor's available exemption and the amount of the prior liens exceeds the value of the property, the judicial lien is completely avoidable under 11 U.S.C. § 522(f) as impairing the Debtors' exemption, it is hereby

ORDERED that the lien of the judgment in favor of Home Furnishing Center, LC, docketed in the Circuit Court for Fairfax County, Virginia on June 10, 2013 (Judgment #534913), is hereby AVOIDED in its entirety from the Debtor's real property located at

7906 Schuyler Ct Annandale, VA 22003, having a legal description:

LOT 114, SECTION 10-B, AMERICANA FAIRFAX, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 3476 AT PAGE 167, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA

Dated: Feb 28 2014

/s/ Brian F. Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: March 5, 2014

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/Daniel M. Press
Daniel M. Press

Copies to:
Debtor
Counsel for Debtor (by CM/ECF)
US Trustee

Home Furnishing Center, LC
RONALD H LAZARUS, Reg. Agt.
ESKOVITZ LAZARUS & PITRELLI PLLC
7010 LITTLE RIVER TNPK STE 240
ANNANDALE VA 22003

Busman & Busman, PC
PO Box 7514

Fairfax Station, VA 22039